**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:                                                                    CHAPTER 13 PROCEEDING:
SHAWN RUKES                                                    05-22421-C-13
DEBTOR

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1.  Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Wednesday, Dec 14, 2005.

2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4.  Trustee has been unable to locate the following creditor at the address listed below.

WORLDWIDE ASSET PURCHASING LLC
PO BOX 672047
MARIETTA, GA  30006

5.  As a result, funds owed to the creditor in the amount of $31.38 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, January 10, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:                                                           CHAPTER 13 PROCEEDING:
SHAWN RUKES                                                      05-22421-C-13
DEBTOR

**CERTIFICATE OF SERVICE**

   I, Cindy Boudloche , do hereby certify that on Jan 10, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


SHAWN RUKES                                       MALAISE LAW FIRM PC
2741 AUTHER                                       606 N CARANCAHUA SUITE 1100
CORPUS CHRISTI, TX  78410                         CORPUS CHRISTI, TX  78401

WORLDWIDE ASSET PURCHASING LLC
PO BOX 672047
MARIETTA, GA  30006